IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CURTIS WAYNE CLIFTON
ADC #650436                                                                 PLAINTIFF

V.                         CASE NO. 3:15-CV-31 DPM/BD

OCTAVIOUS BAILEY, et al.                                                  DEFENDANTS

## ORDER

Curtis Wayne Clifton, an inmate at the Mississippi County Detention Center, filed this lawsuit under 42 U.S.C. § 1983, alleging that the Defendants acted with deliberate indifference to his medical needs and discriminated against him. Service is now proper for Defendants Bailey, Cummings, Schultz, and Whitfield. Mr. Clifton's claims against the Mississippi County Detention Center will be addressed in a separate recommendation.

The Clerk of Court is directed to prepare summonses for Defendants Bailey, Cummings, Schultz, and Whitfield. The United States Marshal is directed to serve copies of the Complaint, with any attachments (docket entry #2), and a summons for each of these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Mississippi County Detention Center, 685 NCR 599, Luxora, Arkansas 72358.

IT IS SO ORDERED this 4th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE