# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CURTIS WAYNE CLIFTON**
**ADC #650436**                                                          **PLAINTIFF**

v.                              **No. 3:15-cv-31-DPM-BD**

**OCTAVIOUS BAILEY, C.O., Mississippi**
**County Detention Center; ALONZO**
**CUMMINGS, C.O., Mississippi County**
**Detention Center; PEGGY SOWARD,**
**Sergeant, Mississippi County Detention**
**Center; LUTHER WHITFIELD, Lieutenant,**
**Mississippi County Detention Center; and**
**MISSISSIPPI COUNTY DETENTION CENTER**          **DEFENDANTS**

## ORDER

Opposed partial recommendation, № 6, adopted on *de novo* review.
FED. R. CIV. P. 72(b)(3). Clifton's objection, № 8, is overruled. Assuming that
the defendants violated the facility's professional standards, challenging their
actions is not a claim about a county policy or custom. *Jenkins v. County of
Hennepin, Minnesota,* 557 F.3d 628, 632 (8th Cir. 2009). Clifton's claims against
all defendants in their official capacities are dismissed without prejudice. His
§ 1983 claims against the Mississippi County Detention Center are dismissed

with prejudice because the jail can't be sued.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 March 2015