IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CURTIS WAYNE CLIFTON
ADC #650436                                                                                       PLAINTIFF

v.                                    No. 3:15-cv-31-DPM

OCTAVIOUS BAILEY, C.O., Mississippi County
Detention Center; ALONZO CUMMINGS, C.O.,
Mississippi County Detention Center; PEGGY
SOWARD, Sergeant, Mississippi County Detention
Center; and LUTHER WHITFIELD, Lieutenant,
Mississippi County Detention Center                                          DEFENDANTS

ORDER

Unopposed recommendation, № 36, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, № 30, is granted. Clifton's individual-capacity claims are dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2016