IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CURTIS WAYNE CLIFTON
ADC #650436                                                                                          PLAINTIFF

v.                                  No. 3:15-cv-31-DPM

OCTAVIOUS BAILEY, C.O., Mississippi
County Detention Center; ALONZO
CUMMINGS, C.O., Mississippi County
Detention Center; PEGGY SOWARD,
Sergeant, Mississippi County Detention
Center; LUTHER WHITFIELD, Lieutenant,
Mississippi County Detention Center; and
MISSISSIPPI COUNTY DETENTION CENTER                                DEFENDANTS

## JUDGMENT

1. Clifton's claims against the Mississippi County Detention Center are dismissed with prejudice.

2. Clifton's official-capacity claims are dismissed without prejudice.

3. Clifton's individual-capacity claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2016